# EXHIBIT K

# Lucid Gravity Designed To Minimize Production Problems

- 
- 
- 
- 

 Follow

Story by Eileen Falkenberg-Hull • 3w

Building cars isn't just complex, it's expensive. Lucid Motors, like Ford Motor Company, loses money with every car is produces. In the third quarter, Lucid lost $227,802 per model, far more than Ford's $62,000.

The two-model startup, which only has the Air sedan in production, struggled out of the gate in 2021 when assembly started with quality control issues. Other startup automakers have had similar issues, including Fisker. Seasoned car companies often have stumbling blocks when they release a new vehicle.

"Building vehicles at scale and profitably is among the most challenging undertakings in modern manufacturing. That's particularly true for startups like Lucid entering series production for the first time with its cutting-edge tech, but even new vehicle launches for legacy OEMs rarely go flawlessly," Paul Waatti, manager of industry analysis at AutoPacific told *Newsweek*.

As Lucid embarked on the design of its first battery-electric sport utility vehicle (SUV), the Gravity, the company looked to not include elements from the Air's design that have been production pain points for the electric vehicle (EV) maker.

"When I look back at Air, I think the interior. Even though the overall look of the interior is quite simple and minimalist, there are a lot of parts - material changes; there's a lot of components. There's a lot of changes between colors throughout the different colorways," Derek Jenkins, senior vice president of design and brand at Lucid told *Newsweek*, while sitting in the Gravity's front trunk.

"With Gravity, we've been able to harmonize a little bit more and have more synergy between the different colorways. So therefore, we're having less complexity."

He gave examples. The interior brightwork in the Air has not been carried over to the Gravity. Instead, there's just little accent elements. This was done to allow Gravity to have a better price point and to increase the quality level of the model.

Also, it' better for the environment, Jenkins said, explaining that it ticks four boxes: production, complexity, cost and sustainability. "Ultimately, that goes back to the consumer," he said.

The Gravity is slated to start at around $80,000. The smaller Mercedes-Benz EQS SUV and Audi Q8 E-Tron start at $104,400 and $74,400, respectively.

"Lucid felt the crushing reality of the true cost of manufacturing vehicles with the Air sedan launch issues in 2021, but it now has those early lessons to build on for the Gravity launch. It's always a tricky line for automakers to straddle design and complexity. Less is usually more in manufacturing, and form follows function," Waatti said.

"Overly intricate designs and material transitions often require added component costs and complicated assembly procedures. Reducing styling and manufacturing complexities is cost-effective and usually outweighs the perceived benefit of a more detailed design. It generally means higher quality products out of the factory with fewer things to go wrong and a better consumer experience in the long run."

Lucid manufactures all its vehicles at its plant in in Casa Grande, Arizona, halfway between Tucson and Phoenix. When it opened, it was the first greenfield electric vehicle factory in North America. It initially had a 10,000-vehicle-per-year capacity. Planned upgrades would allow the company to manufacture up to 300,000 models per year there.

The company announced plans last year to build a plant in Saudi Arabia. Lucid's largest shareholders include Saudi Arabia's Public Investment Fund, its affiliate Ayar Third Investment, Vanguard and BlackRock, among others, according to InvestorPlace, an independent financial research firm.

**Related Articles**

- When Will Electric Vehicles Become Profitable for Automakers?
- Lucid's New All-Electric Gravity SUV Is a Sustainability Champion
- Rivian Capitalizes on Biden Government's Incentives, Begins Lease Program

Start your unlimited Newsweek trial





2025 Lucid Gravity cabin. The new Gravity comes with 34 inches of digital instrument cluster. © Lucid Motors





The Lucid Motors Air Dream Edition is available in Performance or Range options. Lucid Motors © Lucid Motors





Napa full-grain leather in Graphite and Ceramic with natural Eucalyptus wood trim and Alcantara inserts furnish the interior. Lucid Motors © Lucid Motors



2025 Lucid Gravity parked. The Gravity can get to 60 mph in just 3.5 seconds. Lucid Motors © Lucid Motors





A new smartwatch that can test glucose level painlessly in seconds!







Visit Newsweek
WWE Faces Boycott Calls Over 'Sexual Slavery' Accusations
Family Comes Home to Find Black Cat Lying on Sofa, but There's a Problem
Iran Must Pay for the Killing of U.S. Troops in Jordan | Opinion



A new smartwatch that can test glucose level painlessly in seconds!

# Sponsored Content



A new smartwatch that can test glucose level painlessly in seconds! ...



This Headlight Glasses that's making nighttime driving as daytime driving ...



MD Begs 50+ Americans To Build Muscle With This Tip (Every Morning) ...

This Game is So Beautiful. If You Have a Computer it's a Must-Have. Learn more



## More for You


Bad Dog Diamond Drill Sharpener


Illinois partners with Google AI to streamline children's behavioral health services 🦊 WQRF Rockford





Maker of millions of recalled sleep apnea machines agrees to halt sales in US  The Associated Press


1




Tesla Drops Minority-Worker Language After Musk's Rants Over Diversity Initiatives  Bloomberg

 435
87




This state is quickly becoming America's clean energy paradise. Here's how it's happening.  USA TODAY

  469
233




'I Almost Sound Like a Crazy Person, But I Think It's a Superconductor'  Intelligencer

👍 230   👎

34

❌ ⋯



This Cybertruck did not fulfill its autonomy and presented another annoying problem.  TORK US

👍 20   👎

5

❌ ⋯



Tesla owners are peeved about an update that was meant to fix Autopilot  Business Insider

👍 14   👎

5

❌ ⋯



A new smartwatch that can test glucose level painlessly in seconds! ⋯



Toolocity 5 in. Bush Hammer With 5/8-11 Thread ...



▶ Amazing Drone Views Of How SpaceX Starship Booster's 33-Engine Burn  Dailymotion



👍 4   👎

✕  ...



13 Overlooked Design Flaws In Everyday Things  Cracked

👍 29   👎

✕  ...



Pete's Fresh Market Buys Petey's II Parcel, End Of An Era In Orland  Patch

👍 2   👎

✕  ...



The 2024 Honda Prologue kicks off Honda's modern EV lineup. It'll also be different enough from its Chevy Blazer EV sibling, especially when it comes to price.

The 2024 Honda Prologue Will Cost This Much  Autoweek