# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **LUCID GROUP USA, INC.,** *Plaintiff* | § § § | |
| **v.** | § § | **Case No. 1:22-CV-01116-RP** |
| **MONIQUE JOHNSTON, et al.,** *Defendants* | § § § | |
| **TEXAS AUTOMOBILE DEALERS ASSOCIATION,** *Intervenor-Defendant* | § § § § | |

## ORDER

On January 31, 2024, after a hearing, the Court issued an order granting in part and denying in part Intervenor-Defendant Texas Automobile Dealers Association's Opposed Motion to Compel and Brief in Support (Dkt. 55).[1] The Court held in abeyance a ruling on the Motion to Compel as to Requests for Production No. 6 and 7 and Rule 30(b)(6) deposition topics 10, 11, 12, and 19, each of which concerns warranty service, pending further briefing by the parties. Plaintiff Lucid Group USA, Inc. submitted its Response to Order Respecting Motion to Compel on February 2, 2024 (Dkt. 64), and Texas Automobile Dealers Association ("TADA") submitted its Supplemental Brief Supporting the Opposed Motion to Compel on February 7, 2024 (Dkts. 66, 67).

Having considered the supplemental briefing, weighing the low relevance of warranty repair topics to this litigation against the burden of the requests, the Court **DENIES** TADA's Motion to Compel as to Requests for Production No. 6 and 7; **STRIKES** Rule 30(b)(6) deposition topics 10 and 12; and **LIMITS** Rule 30(b)(6) deposition topics 11 and 19 to within the State of Texas.

---

[1] By Text Order entered December 28, 2023, the District Court referred the motion to this Magistrate Judge for disposition, pursuant to 28 U.S.C. § 636(b)(1)(A), Federal Rule of Civil Procedure 72, and Rule 1(c) of Appendix C of the Local Court Rules of the United States District Court for the Western District of Texas.

It is **ORDERED** that the Clerk remove this case from this Magistrate Judge's docket and **RETURN** it to the docket of the Honorable Robert Pitman.

**SIGNED** on February 8, 2024.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE