# Exhibit 1



# Transcript of Donald Reed House, Sr.

**Date:** January 24, 2024
**Case:** Lucid Group USA, Inc. -v- Johnston, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
                           AUSTIN DIVISION

3    LUCID GROUP USA, INC.,        )

4        Plaintiff,                )

5                                  )   Case No.

6    vs.                           )   1:22-cv-01116-RP

7                                  )

8    MONIQUE JOHNSTON, in her      )
     official capacity as         )
9    Director of the Motor         )
     Vehicle Division of the      )
10   Texas Department of Motor    )
     Vehicles; DANIEL AVITA, in)
11   his official capacity as     )
     Executive Director of the    )
12   Texas Department of Motor    )
     Vehicles; and CORRIE          )
13   THOMPSON, in her official    )
     capacity as Director of      )
14   the Enforcement Division     )
     of the Texas Department of)
15   Motor Vehicles,               )

16       Defendants,               )

17                                 )

18   TEXAS AUTOMOBILE DEALERS      )

19   ASSOCIATION,                  )

20       Intervenor-Defendant.     )

21               ORAL VIDEOTAPED DEPOSITION

22                DONALD REED HOUSE, SR.

23                  January 24, 2024

24

25

```
 1        ORAL VIDEOTAPED DEPOSITION OF DONALD REED

 2   HOUSE, SR., produced as a witness at the instance

 3   of the Plaintiff and duly sworn, was taken in the

 4   above-styled and numbered cause on the 24th day of

 5   January, 2024, from 9:00 a.m. to 3:16 p.m., before

 6   Laurie Carlisle, Certified Shorthand Reporter in

 7   and for the State of Texas, reported by

 8   computerized machine shorthand at the offices of

 9   Locke Lord, LLP, 600 Travis Street, Suite 2800,

10   Houston, Texas, pursuant to the Federal Rules of

11   Civil Procedure and the provisions stated on the

12   record or attached hereto.

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    APPEARANCES

 2

 3   FOR THE PLAINTIFF:

 4        Mr. Billy M. Donley
          Mr. Paul Levine (via Zoom)
 5        BAKER & HOSTETLER LLP
          811 Main Street, Suite 1100
 6        Houston, Texas  77002
          Telephone: 713.751.1600
 7        E-mail: bdonley@bakerlaw.com

 8

 9   FOR TEXAS AUTOMOBILE DEALERS ASSOCIATION:

10        Mr. Thomas G. Yoxall
          LOCKE LORD LLP
11        2200 Ross Avenue, Suite 2800
          Dallas, Texas  75201
12        Telephone: 214.740.8683
          E-mail: tyoxall@lockelord.com
13

14

15   FOR MONIQUE JOHNSTON AND DMV DEFENDANTS:

16        Mr. Zachary Rhines
          Mr. Johnathan Stone (via Zoom)
17        Assistant Attorney General
          Post Office Box 12548
18        Austin, Texas  78711
          Telephone: 512.463.9911
19        E-mail: zachary.rhines@oag.texas.gov

20

21   ALSO PRESENT:

22        Ms. Rosie Jones, videographer

23        Ms. Karen Phillips (via Zoom)

24        Ms. Terry Vannoy (via Zoom)

25
```

```
 1                        INDEX

 2

 3   DONALD REED HOUSE, SR.

 4

 5   Examination by Mr. Donley ........................7

 6

 7   Examination by Mr. Yoxall ......................217

 8

 9   Further Examination by Mr. Donley ..............225

10

11

12

13

14                      EXHIBITS

15

16   Exhibit 7      Expert Report of Donald R.      8
                    House, Sr.
17
     Exhibit 8      Invoices from RRC, Inc.        195
18
     Exhibit 9      "Strategy and the Internet" by 207
19                  Michael E. Porter

20

21

22

23

24

25
```

| | | |
|---|---|---|
| 1 | additional documents to me yesterday.  Maybe one | 09:20:21 |
| 2 | or both of you can just confirm that would be | 09:20:23 |
| 3 | everything else. | 09:20:26 |
| 4 |     A.    There is -- | 09:20:27 |
| 5 |     Q.    I'm just trying to make sure I've got the | 09:20:28 |
| 6 | universe. | 09:20:30 |
| 7 |     A.    There are a couple of texts that I have | 09:20:31 |
| 8 | reviewed that perhaps are not here.  I would have | 09:20:33 |
| 9 | to look more carefully. | 09:20:36 |
| 10 |     Q.    Which texts are you thinking about? | 09:20:39 |
| 11 |     A.    It's one that Professor Morton has | 09:20:41 |
| 12 | referenced in her report. | 09:20:46 |
| 13 |     Q.    Fiona Scott-Morton? | 09:20:48 |
| 14 |     A.    Yes. | 09:20:51 |
| 15 |           There are other things that I | 09:20:53 |
| 16 | reviewed, just internet searches that I never | 09:20:55 |
| 17 | printed out. | 09:21:02 |
| 18 |     Q.    Is there anything you reviewed and relied | 09:21:02 |
| 19 | upon for your report that you did not include in | 09:21:04 |
| 20 | the materials reviewed? | 09:21:06 |
| 21 |     A.    Well -- | 09:21:07 |
| 22 |     Q.    In other words, it's one thing to review | 09:21:08 |
| 23 | something.  It's something else, in my mind, to | 09:21:09 |
| 24 | review it and actually rely upon it. | 09:21:12 |
| 25 |     A.    My practice is usually when I have the | 09:21:15 |

| | | |
|---|---|---|
| 1 | sources footnoted, they don't go back here.  So it | 09:21:17 |
| 2 | would be the combination of the materials that are | 09:21:20 |
| 3 | cited in footnotes in the report plus the | 09:21:23 |
| 4 | materials reviewed, which is, by design, the | 09:21:26 |
| 5 | things that have not been footnoted but did -- | 09:21:30 |
| 6 | were reviewed in the process. | 09:21:34 |
| 7 | Q.   So let's look at an example.  Look on | 09:21:39 |
| 8 | page 4 of Exhibit 7 where you have footnote 2 -- | 09:21:42 |
| 9 | or footnote 3, I'm sorry, Michael E. Porter, | 09:21:45 |
| 10 | "Strategy and the Internet."  You see that? | 09:21:48 |
| 11 | A.   Yes. | 09:21:51 |
| 12 | Q.   So is it true anytime you relied upon | 09:21:52 |
| 13 | materials for anything substantive in your report, | 09:21:54 |
| 14 | you actually footnoted it? | 09:21:55 |
| 15 | A.   For the most part, yes.  There may be | 09:21:57 |
| 16 | some things that are in the materials reviewed | 09:22:00 |
| 17 | that were not specifically cited in the report but | 09:22:03 |
| 18 | nevertheless were background information.  Usually | 09:22:08 |
| 19 | those are things for which I am not citing | 09:22:10 |
| 20 | anything, but nevertheless, it is reviewed for | 09:22:13 |
| 21 | background purposes. | 09:22:17 |
| 22 | MR. YOXALL:  Billy, to be clear, as | 09:22:21 |
| 23 | we discussed yesterday, I asked him to send me any | 09:22:23 |
| 24 | documents that he reviewed or relied upon. | 09:22:26 |
| 25 | MR. DONLEY:  Right. | 09:22:28 |

| | | |
|---|---|---|
| 1 | MR. YOXALL: Those were made | 09:22:29 |
| 2 | available to you as part of this, what's in this | 09:22:30 |
| 3 | exhibit, as well as all the documents that were | 09:22:32 |
| 4 | produced yesterday, which included the invoices | 09:22:34 |
| 5 | and then that folder 2, which had some other | 09:22:36 |
| 6 | references to economic information about Lucid. | 09:22:38 |
| 7 | MR. DONLEY: Yeah, and if you can | 09:22:42 |
| 8 | help me just to make sure I've got it right, there | 09:22:43 |
| 9 | were three -- I think you called them boxes you | 09:22:45 |
| 10 | sent yesterday electronically. The first box, I | 09:22:47 |
| 11 | think, were materials you said you had sent | 09:22:49 |
| 12 | before. | 09:22:51 |
| 13 | MR. YOXALL: Correct. | 09:22:52 |
| 14 | MR. DONLEY: The second box were new | 09:22:53 |
| 15 | materials you hadn't sent before but Dr. House had | 09:22:54 |
| 16 | relied upon. So you sent those. | 09:22:59 |
| 17 | MR. YOXALL: Correct. | 09:22:59 |
| 18 | MR. DONLEY: And then the third were | 09:22:59 |
| 19 | the invoices. | 09:22:59 |
| 20 | MR. YOXALL: Correct. | 09:23:14 |
| 21 | MR. DONLEY: And we think that's the | 09:23:15 |
| 22 | entire universe, as best we know it. | 09:23:15 |
| 23 | MR. YOXALL: Correct. That's all I | 09:23:15 |
| 24 | was trying to -- thanks. | 09:23:15 |
| 25 | Q. So let's go over to page 4 of your report | 09:23:15 |

1    and look at a few things.  And I want to start          09:23:18

2    where you say, "The independent dealership model."      09:23:21

3    You see that?                                            09:23:24

4        A.   Yes.                                            09:23:26

5        Q.   Now, a moment ago you defined independent      09:23:26

6    dealership to be a new or used dealership that's         09:23:28

7    not owned by a manufacturer, right?                      09:23:31

8        A.   Correct.                                        09:23:34

9        Q.   So is that the same definition you apply        09:23:35

10   here on page 4 for this section of your report,          09:23:37

11   new and used -- new or used dealerships not owned         09:23:42

12   by a manufacturer?                                        09:23:45

13       A.   What I'm discussing here and then                09:23:47

14   throughout, for the most part, are the dealerships        09:23:53

15   that are under contract with manufacturers.               09:23:56

16       Q.   So you're talking about new car                  09:23:59

17   dealerships that have a contract with a                    09:24:02

18   manufacturer like Ford and a Ford dealer?                  09:24:04

19       A.   Correct.                                          09:24:09

20       Q.   So not as much new car dealerships?               09:24:10

21       A.   Correct.                                          09:24:13

22       Q.   Throughout your report, how are we to             09:24:13

23   make that distinction when you say "independent            09:24:15

24   dealers"?  How are we to understand whether you            09:24:18

25   mean new or used or just new?                              09:24:20

1      A.   I think -- you know, I never really in          09:24:22

2   writing -- and I never made that distinction in my       09:24:24

3   head because I thought it was kind of implied that        09:24:26

4   what I'm talking about is the dealerships that are        09:24:29

5   typically under contract from a manufacturer and          09:24:33

6   then selling new vehicles.                                09:24:36

7           The used vehicles are important in               09:24:39

8   the operations of a dealership under contract from        09:24:42

9   a manufacturer, so I'm not excluding those                09:24:45

10  functions, but I think for our purposes today, it         09:24:50

11  would probably be very safe to -- when seeing the         09:24:53

12  term "independent dealership model," we're really         09:24:58

13  talking about dealerships that are under contract         09:25:00

14  and selling -- under contract to manufacturers and        09:25:04

15  selling new vehicles.  But not exclusively new            09:25:10

16  vehicles.                                                 09:25:13

17     Q.   So that last line of that first paragraph         09:25:21

18  under the Independent Dealership Model, you say,          09:25:24

19  "For a useful life they" -- you're talking about          09:25:26

20  new motor vehicles?                                       09:25:29

21     A.   Correct.                                          09:25:30

22     Q.   -- "require maintenance, repairs and              09:25:31

23  recalls."  Correct?                                       09:25:32

24     A.   Correct.                                          09:25:33

25     Q.   Are you aware that today, in Texas, Lucid         09:25:34

| | | |
|---|---|---|
| 1 | can do all three of those things on Texas soil for | 09:25:37 |
| 2 | a consumer that has purchased a Lucid vehicle? | 09:25:40 |
| 3 | A.   Yes. | 09:25:43 |
| 4 | MR. YOXALL:  Objection, calls for a | 09:25:43 |
| 5 | legal conclusion.  Also, objection, form. | 09:25:44 |
| 6 | A.   My understanding is that Lucid has | 09:25:47 |
| 7 | service centers, and the service centers are those | 09:25:50 |
| 8 | owned operations by Lucid that provide the | 09:25:56 |
| 9 | maintenance, repairs and recalls. | 09:25:58 |
| 10 | Q.   So you are aware, then, that today in | 09:26:01 |
| 11 | Texas, Lucid can, on Texas soil, provide | 09:26:04 |
| 12 | maintenance, repairs and recalls of Lucid | 09:26:07 |
| 13 | vehicles, correct? | 09:26:10 |
| 14 | MR. YOXALL:  Objection, calls for a | 09:26:11 |
| 15 | legal conclusion. | 09:26:13 |
| 16 | A.   That is my understanding. | 09:26:13 |
| 17 | Q.   And by maintenance, you mean the routine | 09:26:15 |
| 18 | things that have to occur from time to time based | 09:26:17 |
| 19 | on mileage or time or whatever the case might be. | 09:26:19 |
| 20 | Is that right? | 09:26:22 |
| 21 | A.   Correct. | 09:26:24 |
| 22 | Q.   And repairs here, are you talking about | 09:26:24 |
| 23 | warranty repairs in that sentence? | 09:26:27 |
| 24 | A.   Warranty repairs and repairs that are not | 09:26:28 |
| 25 | under warranty. | 09:26:30 |

1    Q.   And repairs not under warranty in the          09:26:31

2  industry, I've often heard those referred to as        09:26:34

3  customer pay repairs.  Is that fair, so we can          09:26:37

4  distinguish between warranty and other repairs?         09:26:40

5    A.   I think so.  I think that's a fair             09:26:42

6  distinction.                                            09:26:44

7    Q.   If that ever confuses anything, let me          09:26:44

8  know and I'll be glad to clear it up.                   09:26:47

9    A.   Okay.                                           09:26:49

10   Q.   And then recalls would be what we all           09:26:51

11  understand to be recall, there's some issue with a     09:26:52

12  vehicle that needs to be repaired?                     09:26:55

13   A.   Correct.  Or an upgrade.                        09:26:57

14   Q.   You said that earlier, and I meant to           09:27:00

15  ask.  When you say "upgrade," what do you mean by      09:27:03

16  upgrade?                                               09:27:05

17   A.   If the manufacturer believes that they --       09:27:13

18  that something, some component of an automobile        09:27:14

19  would be safer, for instance, with an upgrade,         09:27:18

20  they will call them in and do that.                    09:27:21

21   Q.   So that's -- when you use the term              09:27:24

22  upgrade, that's what you mean?                         09:27:26

23   A.   That's what I'm referring to, yes.              09:27:27

24   Q.   So for you, it's an upgrade for a safety        09:27:29

25  issue?                                                 09:27:32

1    A.    It can be.  I don't know all of the          09:27:33

2    purposes of the recalls, but in my experience,    09:27:35

3    it's usually a safety issue.                       09:27:42

4    Q.    Okay.  But to be clear, I was just trying    09:27:44

5    to understand your use of the word upgrade.        09:27:47

6    A.    Yes.                                          09:27:49

7    Q.    And your use of the word upgrade is with     09:27:50

8    respect to making a vehicle safer?                 09:27:52

9    A.    For the most part, yes.  There may be        09:27:55

10   exceptions.                                         09:27:57

11   Q.    What would be some of the exceptions?        09:27:57

12   A.    Something more comfortable for the -- for    09:28:00

13   the owner.  Maybe an upgrade in the air            09:28:04

14   conditioning system or something like that.        09:28:07

15   Doesn't directly relate to safety, but it does for 09:28:09

16   convenience.                                        09:28:12

17   Q.    So ultimately you mean upgrades to be        09:28:14

18   broad and wide?                                     09:28:17

19   A.    Yes.                                          09:28:18

20   Q.    Are you aware that in Texas today, that      09:28:22

21   Lucid, from a location in Texas, can provide       09:28:24

22   upgrades, as you have defined them?                09:28:28

23         MR. YOXALL:  Objection, calls for            09:28:30

24   speculation.                                        09:28:31

25   A.    It is my understanding that Lucid has        09:28:33

1    facilities in the State of Texas within which          09:28:37

2    recalls, repairs and maintenance can be conducted.     09:28:42

3        Q.    Including upgrades, as you've defined it?     09:28:45

4        A.    Yes.                                          09:28:49

5        Q.    And then the first sentence in the next       09:28:54

6    paragraph says, "The consumer commonly examines        09:28:58

7    multiple vehicles in search of the best option         09:29:01

8    that meets the consumer's specific needs."             09:29:03

9    Correct?                                               09:29:05

10       A.    Yes.                                          09:29:06

11       Q.    And consumers are completely capable of       09:29:07

12   doing that with respect to the purchase of a new       09:29:09

13   motor vehicle, are they not?                           09:29:12

14       A.    I'm a little confused with your question.     09:29:19

15       Q.    Let's read your sentence again.               09:29:21

16             You say, "The consumer commonly               09:29:23

17   examines multiple vehicles in search of the best       09:29:25

18   option that meets the consumer's specific needs."      09:29:27

19   Correct?                                               09:29:30

20       A.    Yes.                                          09:29:30

21       Q.    Consumers do that on their own, do they       09:29:31

22   not?                                                   09:29:33

23       A.    They do it on their own, and they do it       09:29:33

24   with the assistance of the personnel in an             09:29:36

25   independent dealership.                                09:29:43

| | | |
|---|---|---|
| 1 | Q.    But consumers are also capable of doing | 09:29:44 |
| 2 | that on their own without the assistance of a | 09:29:46 |
| 3 | dealer, are they not? | 09:29:48 |
| 4 | MR. YOXALL:  Objection, form. | 09:29:50 |
| 5 | A.    I don't want to agree that globally | 09:29:52 |
| 6 | that's the case.  I, for one, when I go and | 09:29:55 |
| 7 | purchase, I do some research in advance.  But I do | 09:29:58 |
| 8 | learn a lot from the dealership that I would not | 09:30:03 |
| 9 | be able to do on my own. | 09:30:05 |
| 10 | Q.    Have you conducted any survey of | 09:30:10 |
| 11 | consumers to find out whether other consumers do | 09:30:11 |
| 12 | it like you do it personally? | 09:30:13 |
| 13 | A.    No, but I've read about -- about the | 09:30:22 |
| 14 | customer, the conveniences that the dealerships | 09:30:25 |
| 15 | provide and the information that is presented.  So | 09:30:29 |
| 16 | in terms of what I have read -- I didn't do my own | 09:30:32 |
| 17 | survey, but what I have read, I do understand that | 09:30:36 |
| 18 | the dealership can provide information that is | 09:30:39 |
| 19 | difficult, sometimes impossible, for the potential | 09:30:43 |
| 20 | prospect or the consumer to attain on their own. | 09:30:48 |
| 21 | Q.    But whatever the customer wants -- or | 09:30:51 |
| 22 | consumer wants to obtain on their own, they're | 09:30:53 |
| 23 | free to do that for themselves and capable of | 09:30:55 |
| 24 | doing it, correct? | 09:30:57 |
| 25 | A.    Yes. | 09:30:58 |

1    Q.   I'm talking about just that sale.                    11:39:27

2    A.   It does not --                                       11:39:29

3         MR. YOXALL:  Objection, calls for a                  11:39:30

4    legal conclusion.                                         11:39:31

5    A.   It does not address what Lucid should or             11:39:31

6    should not do.                                            11:39:34

7    Q.   So it doesn't address the issue I just              11:39:34

8    raised, does it?                                          11:39:36

9         MR. YOXALL:  Same objection.                         11:39:38

10   A.   Your issue is what should Lucid be                   11:39:38

11   allowed to do, and I'm not addressing that.  I'm          11:39:41

12   addressing the consequences.                              11:39:45

13   Q.   Anywhere in your report?                             11:39:46

14   A.   Anywhere in that report.                             11:39:47

15   Q.   Well, you're not addressing the                      11:39:49

16   consequences at all with regard to whether Lucid          11:39:50

17   should be allowed to sell from a Lucid-owned              11:39:53

18   location in Texas, are you, sir?                          11:39:55

19   A.   I am not.  I am not going to be giving               11:39:57

20   any opinion on what Lucid should or should not do.        11:39:59

21   I'm pointing out the consequences of relatively           11:40:02

22   few locations in this case of providing service.          11:40:07

23   Q.   Yeah, relatively few locations for                   11:40:12

24   providing service.  But as you know, Lucid, you          11:40:15

25   say, has added another one in Austin, so you know        11:40:17

| | | |
|---|---|---|
| 1 | Lucid continues to expand where it provides these | 11:40:21 |
| 2 | services, correct? | 11:40:23 |
| 3 | A.   I saw it on a dot on a map.  The extent | 11:40:24 |
| 4 | to which they're doing it or not, I don't know. | 11:40:28 |
| 5 | Q.   But you saw that on Lucid's website? | 11:40:30 |
| 6 | A.   On Lucid's website. | 11:40:33 |
| 7 | Q.   Yesterday? | 11:40:34 |
| 8 | A.   Yesterday. | 11:40:35 |
| 9 | Q.   Did that in preparation for your | 11:40:35 |
| 10 | deposition today? | 11:40:37 |
| 11 | A.   Yeah. | 11:40:39 |
| 12 | Q.   So are we to understand that what you're | 11:40:52 |
| 13 | doing in this after-sale services section, you're | 11:40:54 |
| 14 | just being critical of the way Lucid presently | 11:40:58 |
| 15 | provides after-sale services in Texas?  Is that | 11:41:01 |
| 16 | what you're doing? | 11:41:03 |
| 17 | A.   I'm not being critical, no.  I'm showing | 11:41:04 |
| 18 | the consequences. | 11:41:08 |
| 19 | Q.   Well, but the consequences based on a | 11:41:11 |
| 20 | hypothetical based in Kerrville, Texas? | 11:41:14 |
| 21 | A.   Exactly. | 11:41:17 |
| 22 | Q.   Let me ask this question.  Do you know if | 11:41:23 |
| 23 | any consumers in Kerrville, Texas even own a | 11:41:26 |
| 24 | Lucid? | 11:41:29 |
| 25 | A.   I have not done that study. | 11:41:29 |

| | | |
|---|---|---|
| 1 | Q.   Are you aware that many of the repairs -- | 11:41:45 |
| 2 | I'll call them just for simplicity right now -- on | 11:41:48 |
| 3 | an EV can be done over the air through software | 11:41:53 |
| 4 | updates? | 11:41:56 |
| 5 | MR. YOXALL:  Objection, assumes | 11:41:57 |
| 6 | facts. | 11:41:58 |
| 7 | A.   I am aware that Lucid has a facility by | 11:42:01 |
| 8 | which they can upgrade or modify the software that | 11:42:05 |
| 9 | is installed in a vehicle and can do that | 11:42:15 |
| 10 | remotely. | 11:42:18 |
| 11 | Q.   So you're aware that Lucid can do | 11:42:24 |
| 12 | software upgrades as the vehicle sits in your | 11:42:27 |
| 13 | garage at home while you're sleeping at night and | 11:42:27 |
| 14 | your vehicle is connected to the internet? | 11:42:31 |
| 15 | MR. YOXALL:  Objection, assumes | 11:42:33 |
| 16 | facts. | 11:42:34 |
| 17 | A.   Under the right conditions. | 11:42:34 |
| 18 | Q.   Is it more convenient for the consumer to | 11:42:35 |
| 19 | be able to do those kind of things with its | 11:42:37 |
| 20 | vehicle sitting in the garage while the consumer | 11:42:39 |
| 21 | is sleeping at night getting that upgrade -- or | 11:42:42 |
| 22 | update, or is it more convenient for the consumer | 11:42:44 |
| 23 | to have to drive to a franchised dealership | 11:42:47 |
| 24 | location? | 11:42:49 |
| 25 | MR. YOXALL:  Calls for speculation. | 11:42:50 |

| | | |
|---|---|---|
| 1 | A.   There is less time and expense of having | 11:42:51 |
| 2 | it done in their garage. | 11:42:53 |
| 3 | Q.   Sure.  And less hassle, too, right? | 11:42:55 |
| 4 | MR. YOXALL:  Same objection. | 11:43:00 |
| 5 | A.   Yes. | 11:43:02 |
| 6 | MR. DONLEY:  I'm probably at a good | 11:43:26 |
| 7 | stopping point for lunch.  I understand it was to | 11:43:27 |
| 8 | be here at 11:45. | 11:43:29 |
| 9 | MR. YOXALL:  Yes, it's here. | 11:43:31 |
| 10 | MR. DONLEY:  So why don't we stop | 11:43:33 |
| 11 | for lunch? | 11:43:34 |
| 12 | THE VIDEOGRAPHER:  The time is | 11:43:36 |
| 13 | 11:43 a.m.  We're off the record. | 11:43:37 |
| 14 | (Recess taken) | 11:43:39 |
| 15 | THE VIDEOGRAPHER:  The time is | 12:34:24 |
| 16 | 12:34 p.m.  We're on the record. | 12:34:24 |
| 17 | BY MR. DONLEY: | 12:34:28 |
| 18 | Q.   All right, sir.  I want to go back to | 12:34:29 |
| 19 | page 7 of your report just for a moment.  The | 12:34:31 |
| 20 | section on Relative Cost of Ownership Sales and | 12:34:34 |
| 21 | Service. | 12:34:37 |
| 22 | A.   Yes. | 12:34:38 |
| 23 | Q.   That section includes information that | 12:34:39 |
| 24 | would include franchised dealerships working on | 12:34:41 |
| 25 | EVs, right, and selling -- | 12:34:47 |

1     A.    Correct.                                    12:34:49

2     Q.    -- EV parts, et cetera, correct?            12:34:52

3     A.    Correct.                                    12:34:53

4     Q.    And it also includes information about       12:34:54

5  what occurs outside of Texas?                        12:34:55

6     A.    Correct.                                    12:34:57

7     Q.    None of this is just Texas-based, right?    12:34:57

8     A.    That is correct.                            12:35:01

9     Q.    If Lucid does not desire to sell through     12:35:02

10 franchised dealerships in Texas, and if it is not     12:35:08

11 allowed to sell from its own dealership in Texas      12:35:12

12 directly to Texas consumers, how do Texas            12:35:17

13 consumers benefit from that?                         12:35:21

14            MR. YOXALL:  Objection, calls for          12:35:26

15 speculation.  Calls for a legal conclusion, too, I   12:35:27

16 think.                                               12:35:31

17    Q.    To be clear, I'm not asking for any legal    12:35:32

18 conclusions today.  I think that's been clear.       12:35:34

19    A.    It's a hard question to answer.  It         12:35:36

20 requires some specific assumptions along the way      12:35:40

21 to be able to answer that question.                  12:35:43

22    Q.    Can you answer it as I asked it?            12:35:46

23    A.    Not without some assumptions being made.     12:35:49

24    Q.    What assumptions do you need to make?       12:35:52

25    A.    Well, for instance, if in fact Lucid is      12:35:54

| | | |
|---|---|---|
| 1 | selling directly in the State of Texas but then | 12:35:58 |
| 2 | does not have the capacity to service the | 12:36:03 |
| 3 | vehicles, is that -- is the consumer better off or | 12:36:07 |
| 4 | worse off?  I don't know, but there are the | 12:36:11 |
| 5 | consequences of poor service. | 12:36:14 |
| 6 | Q.   So I'm leaving service out because Lucid | 12:36:16 |
| 7 | can already do that in Texas.  The complaint in | 12:36:18 |
| 8 | this case only deals with Lucid's ability to sell | 12:36:22 |
| 9 | directly in Texas, just that one activity. | 12:36:27 |
| 10 | So the question I asked is based | 12:36:29 |
| 11 | upon that.  If Lucid does not desire to sell its | 12:36:30 |
| 12 | EVs through franchised dealerships and is not | 12:36:37 |
| 13 | allowed to sell its EVs directly to consumers from | 12:36:39 |
| 14 | a Lucid-owned dealership, how does that benefit | 12:36:42 |
| 15 | Texas consumers, if at all? | 12:36:45 |
| 16 | MR. YOXALL:  Objection, assumes | 12:36:47 |
| 17 | facts not in evidence. | 12:36:48 |
| 18 | A.   Let me see if I -- Lucid is not selling | 12:36:51 |
| 19 | through their own dealerships. | 12:36:54 |
| 20 | Q.   If it can't. | 12:36:56 |
| 21 | A.   If it can't.  It can't sell through its | 12:36:57 |
| 22 | own dealerships in the State of Texas -- | 12:36:59 |
| 23 | Q.   And does not wish to use franchised -- | 12:37:01 |
| 24 | A.   And does not wish to have independent | 12:37:03 |
| 25 | dealerships to sell, so they're selling direct but | 12:37:05 |

| | | |
|---|---|---|
| 1 | A.    These statistics. | 12:46:34 |
| 2 | Q.    Oh, these -- | 12:46:36 |
| 3 | A.    These statistics, yes. | 12:46:36 |
| 4 | Q.    Oh, so none of these statistics you have | 12:46:36 |
| 5 | in your report are based on anything in Texas? | 12:46:38 |
| 6 | MR. YOXALL:  Objection, | 12:46:40 |
| 7 | mischaracterizes testimony. | 12:46:41 |
| 8 | Q.    You said they were national. | 12:46:43 |
| 9 | A.    What we're trying to address here is -- | 12:46:44 |
| 10 | Q.    Can I get an answer?  These are national | 12:46:47 |
| 11 | statistics? | 12:46:50 |
| 12 | A.    That is correct, and can I explain? | 12:46:51 |
| 13 | MR. YOXALL:  You referenced his | 12:46:52 |
| 14 | entire report.  He was referring to this | 12:46:54 |
| 15 | paragraph. | 12:46:55 |
| 16 | MR. DONLEY:  I was just trying to | 12:46:55 |
| 17 | get back to his point. | 12:46:55 |
| 18 | MR. YOXALL:  But you're | 12:46:56 |
| 19 | mischaracterizing what he said. | 12:46:56 |
| 20 | A.    The point here is -- | 12:46:58 |
| 21 | MR. DONLEY:  No, I'm not.  I was | 12:46:58 |
| 22 | just trying to get back to his point, and he | 12:46:59 |
| 23 | answered. | 12:47:00 |
| 24 | A.    -- the extent to which there is | 12:47:01 |
| 25 | decreasing demand nationally for this particular | 12:47:03 |

1    product.  And it's evidenced by the market share          12:47:06

2    that is declining, the shortfall in the                   12:47:08

3    projections of the reservations, and the                  12:47:11

4    periodicals that are quoting the fact that there          12:47:17

5    is decreasing demand for the Lucid automobile.            12:47:20

6        Q.   Are you aware that Texas is one of the          12:47:24

7    largest car markets in the country?                       12:47:26

8        A.   I know it's large.  I don't know if it's        12:47:27

9    bigger than California.                                   12:47:30

10       Q.   Do you know it's one of the largest?            12:47:31

11       A.   It's one of the largest, sure.                  12:47:33

12       Q.   So you're aware of that?                        12:47:35

13       A.   Yes.                                            12:47:36

14       Q.   Are you aware the Dallas Fort Worth             12:47:36

15   Metroplex is one of the largest car markets in the        12:47:39

16   United States all by itself?                              12:47:42

17       A.   I did not know that.  I'm not surprised.        12:47:44

18       Q.   But you didn't take that into account in       12:47:45

19   what you state here under decreasing demand, did          12:47:48

20   you?                                                      12:47:50

21       A.   No, the environment here is decreasing         12:47:51

22   demand for the Lucid product, not just in Texas           12:47:53

23   but nationally, because that is driving the               12:47:55

24   ability of Lucid to be a competitor in the                12:47:57

25   marketplace.                                              12:48:00

1    Q.   Don't you agree with me that Lucid would          12:48:01

2    likely be able to sell more Lucid EVs in Texas if      12:48:03

3    Lucid could have a dealership from which it could       12:48:07

4    sell them directly in Texas?                            12:48:09

5              MR. YOXALL:  Objection, assumes               12:48:10

6    facts and calls for speculation.                        12:48:11

7    A.   I don't know the answer to that, but the          12:48:13

8    point here is there is evidence of decreasing          12:48:15

9    demand for the product nationally.                      12:48:19

10   Q.   You didn't do any independent study to           12:48:25

11   determine why there might be decreasing demand, as     12:48:28

12   you put it, did you, sir?                               12:48:31

13   A.   I did not look for the cause and the             12:48:33

14   reasons for it.  I'm just saying it appears that       12:48:34

15   there's decreasing demand for the Lucid, and their     12:48:36

16   market share is falling.                                12:48:39

17   Q.   And it would be also possible for that to         12:48:44

18   occur to Lucid even if it had franchised dealers        12:48:46

19   in Texas, correct?                                      12:48:50

20   A.   I cannot speculate.                                12:48:51

21   Q.   You don't know one way or the other what         12:48:53

22   would happen if Lucid had franchised dealers in        12:48:55

23   Texas.  Is that fair?                                   12:48:58

24   A.   I am not speculating on what would have           12:48:59

25   happened had they had franchised dealers in Texas.     12:49:01

| | |
|---|---|
| 1 | Q.   So is it true you did not look at the | 12:49:32 |
| 2 | number of EVs that Lucid has sold or could sell in | 12:49:35 |
| 3 | Texas?  Is that true? | 12:49:39 |
| 4 | A.   I don't know.  No, I did not make a | 12:49:41 |
| 5 | projection of what their sales might have been in | 12:49:43 |
| 6 | Texas had they gone through contracted independent | 12:49:45 |
| 7 | dealers. | 12:49:49 |
| 8 | Q.   No, no.  Did you make any determination | 12:49:50 |
| 9 | or do any research to figure out how many EVs | 12:49:52 |
| 10 | Lucid has sold in Texas?  To Texas consumers, I | 12:49:55 |
| 11 | should say. | 12:49:59 |
| 12 | A.   I don't have that data available to me. | 12:50:00 |
| 13 | It would be good to have that data, but it was not | 12:50:07 |
| 14 | available. | 12:50:10 |
| 15 | MR. YOXALL:  Some of the data was | 12:50:10 |
| 16 | requested in discovery. | 12:50:11 |
| 17 | MR. DONLEY:  I'll object to the | 12:50:13 |
| 18 | sidebar.  I'm just asking whether he had it. | 12:50:14 |
| 19 | Q.   You didn't look for any public sources of | 12:50:16 |
| 20 | that information? | 12:50:18 |
| 21 | A.   I did look for public sources of that | 12:50:19 |
| 22 | information. | 12:50:20 |
| 23 | Q.   You didn't find it? | 12:50:21 |
| 24 | A.   No. | 12:50:22 |
| 25 | Q.   So you stuck with the national.  That's | 12:50:22 |

| | | |
|---|---|---|
| 1 | what you did. | 12:50:23 |
| 2 | A.   That's all -- that's the best I could do. | 12:50:24 |
| 3 | I would like to have Texas. | 12:50:25 |
| 4 | Q.   Is there anything in this section on | 12:50:30 |
| 5 | decreasing demand that in any way relates to | 12:50:32 |
| 6 | whether or not Lucid should be allowed to have a | 12:50:35 |
| 7 | dealership in Texas from which Lucid can sell EVs | 12:50:37 |
| 8 | directly to Texans? | 12:50:40 |
| 9 | A.   It does not address what should exist. | 12:50:42 |
| 10 | Q.   And just to be clear, the decline that | 12:51:27 |
| 11 | you state in this section, the decreasing demand, | 12:51:31 |
| 12 | you did not do any analysis to determine what | 12:51:34 |
| 13 | might be causing that decrease? | 12:51:36 |
| 14 | A.   I did not do a particular investigation. | 12:51:42 |
| 15 | There's speculations of those in the 10-K reports. | 12:51:44 |
| 16 | But I did not do a study to prove what was the -- | 12:51:47 |
| 17 | what were the causes of decreasing demand. | 12:51:52 |
| 18 | Q.   If Lucid -- let's just assume the | 12:52:13 |
| 19 | hypothetical world where Lucid has a franchised | 12:52:16 |
| 20 | dealer in Texas. | 12:52:18 |
| 21 | A.   Okay. | 12:52:20 |
| 22 | Q.   If Lucid sells that -- sells an EV to | 12:52:21 |
| 23 | that Texas dealership at a wholesale price of $1, | 12:52:25 |
| 24 | isn't it reasonable to think that dealer is going | 12:52:29 |
| 25 | to sell it to a consumer for more than that? | 12:52:31 |

1        A.    Yes.                                      12:52:34

2        Q.    Right, because Lucid's got to make a      12:52:35

3   profit on manufacturing the vehicle to stay in      12:52:38

4   business, and the dealer has got to make a profit   12:52:40

5   in order to stay in business to sell Lucids,        12:52:43

6   correct?                                            12:52:45

7        A.    That is correct.                          12:52:46

8        Q.    And under that scenario, that means the   12:52:47

9   consumer -- and let's assume otherwise the          12:52:49

10  consumer could buy that same EV from Lucid for the  12:52:51

11  same dollar.  So the wholesale price to the dealer  12:52:54

12  and the retail price to the consumer from Lucid is  12:52:58

13  a dollar.  Okay?                                     12:53:01

14       A.    Okay.                                     12:53:02

15       Q.    Under that scenario, the consumer would   12:53:03

16  always pay more for that EV if it purchased it       12:53:05

17  from that franchised dealer than it would if it     12:53:09

18  bought it from Lucid, correct?                       12:53:12

19             MR. YOXALL:  Objection, form.             12:53:14

20       A.    That is correct, but with that purchase   12:53:14

21  they get the services of the independent            12:53:16

22  dealership.  In the absence of that, they get no    12:53:18

23  services from an independent dealership.            12:53:20

24       Q.    Well, not if that location only sells the 12:53:22

25  EV.  Because Lucid can provide all those other      12:53:25

| | | |
|---|---|---|
| 1 | services in Texas itself.  It doesn't have to have | 12:53:28 |
| 2 | a third party do all those other services.  So let | 12:53:30 |
| 3 | me change my hypothetical a little bit. | 12:53:33 |
| 4 |     A.   All right. | 12:53:36 |
| 5 |     Q.   If the only thing that location in Texas | 12:53:36 |
| 6 | was to do, that independent location, was to make | 12:53:38 |
| 7 | the sale.  That's all they did.  Just sell Lucids. | 12:53:41 |
| 8 | That's it.  No service, no nothing else.  Lucid | 12:53:45 |
| 9 | can do all those other things and chooses to do | 12:53:48 |
| 10 | it.  So that independent location only makes the | 12:53:50 |
| 11 | sale. | 12:53:52 |
| 12 |         Under the scenario I just laid out, | 12:53:53 |
| 13 | the consumer is going to buy more -- or pay more | 12:53:55 |
| 14 | if it buys from that independent location and get | 12:53:58 |
| 15 | nothing in exchange for that other than it paid | 12:54:01 |
| 16 | more for the vehicle, correct? | 12:54:03 |
| 17 |         MR. YOXALL:  Same objection. | 12:54:05 |
| 18 |     A.   Well, you've assumed away the very | 12:54:07 |
| 19 | characteristics of the independent dealership. | 12:54:09 |
| 20 |     Q.   I did.  And that was my question. | 12:54:12 |
| 21 |     A.   And that is a very simple but unrealistic | 12:54:14 |
| 22 | example.  And what you've done is you've said | 12:54:19 |
| 23 | there is a middleman that provides no services | 12:54:22 |
| 24 | whatsoever but jacks up the price.  And under that | 12:54:25 |
| 25 | condition, yes, under that particular assumption, | 12:54:27 |

1    that's terribly unrealistic but yeah.                  12:54:29

2         Q.   The consumer would always pay more?          12:54:34

3         A.   Sure, under your example.                    12:54:35

4         Q.   On page 13 of your report --                 12:55:08

5         A.   Yes.                                          12:55:10

6         Q.   -- you say, "This analysis is based upon     12:55:10

7    a literature that is not designed to address the       12:55:12

8    issues of automobile manufacturing, sales and          12:55:15

9    service."                                              12:55:20

10             Is the reason for that -- and I just         12:55:20

11   want to know a yes or no to this question.  Is the     12:55:22

12   reason for that the next sentence?  "There is no       12:55:24

13   consideration for the consumer that prefers local      12:55:26

14   purchasing and service."  Is that the basis for        12:55:28

15   that first sentence?                                   12:55:31

16        A.   In part.  But there are other aspects of     12:55:32

17   it that supports this as well.                         12:55:36

18        Q.   Is that the next two sentences?  "There      12:55:37

19   is no consideration for manufacturing and              12:55:39

20   exercising power over parts and service.  There is     12:55:41

21   no consideration of the manufacturer incurring         12:55:43

22   greater expenses for appropriate level of              12:55:47

23   service."                                              12:55:49

24        A.   Yes.  Those are some of the issues.          12:55:50

25   There's --                                             12:55:51

1     Q.   That's what you put in your report,                    12:55:52

2   right?                                                         12:55:53

3            MR. YOXALL:  He's trying to answer                    12:55:54

4   your question.                                                 12:55:55

5     A.    That is correct.  The other issue here --              12:55:56

6   and I think it's here -- is the double                         12:55:58

7   marginalization example with which Professor                   12:56:01

8   Morton draws her conclusion, is -- is not an                   12:56:04

9   appropriate example given the market conditions                12:56:10

10  that we're talking about.                                      12:56:12

11    Q.   And is that because of the -- I think                   12:56:14

12  that's what I just asked you.  So is that then                 12:56:17

13  because of the no consideration for local                      12:56:19

14  purchasing and service, et cetera, those next                  12:56:22

15  three sentences?                                               12:56:25

16    A.   No.  There's another aspect of it.                      12:56:25

17    Q.   Is it in your report, this other aspect?                12:56:28

18    A.   No, it's not in my report.  And what I'm                12:56:30

19  doing is extending on the basis of additional                  12:56:32

20  information that I have gained, mainly the                      12:56:34

21  reference that Professor Morton has used to do her             12:56:38

22  example of the double marginalization.                         12:56:42

23           If you go to the text that she uses,                  12:56:45

24  it assumes that these conclusions must be                      12:56:48

25  conclusions with markets of market power or                    12:56:54

1    monopoly power on the basis of the manufacturer        12:56:57

2    and on the basis of the dealership.  With those        12:57:00

3    conditions, then they derive that conclusion for       12:57:04

4    which she picks it up and puts it in her report --     12:57:07

5         Q.   Well, if there's --                          12:57:10

6         A.   The problem with that is we do not           12:57:13

7    believe that the markets across dealerships are        12:57:16

8    not competitive, and we believe that the               12:57:20

9    manufacturers are competitive.  Meaning the            12:57:24

10   assumption of monopolies with which you get that       12:57:27

11   conclusion doesn't match the market conditions         12:57:31

12   that exist.                                             12:57:33

13        Q.   And my whole proposition is just simpler.    12:57:34

14             The independent location in Texas,           12:57:37

15   the hypothetical independent location in Texas         12:57:39

16   that can make the sale, that location, in order to     12:57:41

17   stay in business, has to make money, correct?          12:57:45

18        A.   Sure.                                         12:57:48

19        Q.   Sure.  That's just the way it works.         12:57:48

20        A.   Sure.                                         12:57:50

21        Q.   They're not going to stay in business and    12:57:51

22   lose money?                                             12:57:53

23        A.   Sure.                                         12:57:53

24        Q.   And to make money, they have to sell         12:57:54

25   whatever they're selling for more than they            12:57:55

1    purchase it for?                                    12:57:57

2        A.   Correct.                                   12:57:59

3        Q.   Right?                                     12:58:00

4        A.   Yes, that's called paying for the          12:58:00

5    services of the independent dealership.             12:58:02

6        Q.   No, it's not.  I hear you, but no it's      12:58:04

7    not.                                                12:58:08

8             MR. YOXALL:  Object to the sidebar.         12:58:09

9        Q.   What it's called is that location --       12:58:10

10            MR. YOXALL:  You can ask the                12:58:12

11   question but object to the sidebar.                 12:58:13

12       Q.   That location that's making that sale --   12:58:14

13   well, let me ask you this.  Where anywhere --       12:58:18

14   where does it say anywhere that Lucid must have a   12:58:20

15   location that provides all of the services of an    12:58:23

16   independent franchised dealer?                      12:58:26

17       A.   That will be nowhere in this report.       12:58:29

18       Q.   Right.                                     12:58:31

19       A.   Because it's not a report telling you      12:58:32

20   what Lucid should do.  It is telling you the        12:58:34

21   benefits of the independent dealership model and    12:58:36

22   what it provides comparing with what a              12:58:40

23   manufacturer such as Lucid is not able to provide.  12:58:43

24       Q.   But, once again, are you aware this case   12:58:46

25   is only about whether or not Lucid can simply make  12:58:49

```
 1   that sale of a new motor vehicle on Texas soil,      12:58:52

 2   not all of those other ancillary services you        12:58:56

 3   raise?                                               12:58:59

 4       A.   And what I --                               12:59:00

 5           MR. YOXALL:  Objection, calls for a          12:59:01

 6   legal conclusion.                                    12:59:02

 7       A.   And what I'm bringing to the table is my    12:59:03

 8   expertise that these other services are a            12:59:06

 9   necessary part of the analysis.                      12:59:08

10       Q.   And I think you've already testified        12:59:09

11   you're aware that Lucid already provides all those   12:59:11

12   other services in Texas, right?                      12:59:14

13           MR. YOXALL:  Objection, calls for a          12:59:16

14   legal conclusion.                                    12:59:17

15       A.   I'm not sure about all of that.  I'm not    12:59:18

16   sure.  I'm still confused over whether Lucid will    12:59:21

17   take a trade-in of a Chevrolet as a trade-in for a   12:59:24

18   Lucid.  I don't know that they do that.             12:59:28

19       Q.   All right.  But going back to my            12:59:35

20   hypothetical, that independent location in Texas,    12:59:47

21   hypothetical independent location in Texas that      12:59:51

22   simply makes the sale of a new Lucid, in order to    12:59:54

23   stay in business, must sell that vehicle for more    12:59:59

24   than it purchases it from Lucid, correct?           01:00:02

25           MR. YOXALL:  Objection, asked and           01:00:05
```

1    answered.  Assumes facts.                              01:00:06

2        Q.   If you can answer just that question.         01:00:06

3             MR. YOXALL:  No.                               01:00:11

4             MR. DONLEY:  Yeah, he has to answer            01:00:11

5    just my question, not what he wants to say.            01:00:12

6             MR. YOXALL:  He can answer your --             01:00:15

7             MR. DONLEY:  You've been practicing            01:00:16

8    law long enough to know.                                01:00:17

9        A.   I'm assuming under this condition, which       01:00:19

10   gives me the clarity with which I can give you an       01:00:20

11   answer, is that that independent location is            01:00:23

12   somebody in an office that gets an envelope and         01:00:25

13   gets a check and then charges someone else for the     01:00:29

14   time that that person is sitting there and             01:00:33

15   answering the phone -- and it may be no more than      01:00:36

16   ten more dollars -- that, yes, that would be a         01:00:40

17   higher price.  If there is a business there, even      01:00:43

18   if all they're doing is looking out the window,        01:00:46

19   chances are they will charge something for their       01:00:50

20   time.                                                   01:00:52

21       Q.   Well, they've got to pay for rent, right?     01:00:53

22   Or lease or for the property they purchased,            01:00:58

23   correct?                                                01:01:02

24       A.   Then we're beginning to look at the           01:01:02

25   engine with which it does services, yes.  The          01:01:04

1    value of the property --                            01:01:05

2        Q.   No, I'm just looking at what they spend    01:01:06

3    in order to conduct a business just to make the     01:01:08

4    sale of a Lucid.  That's all I'm looking at.        01:01:11

5        A.   Okay, now we're getting a little more      01:01:14

6    complicated then.                                   01:01:16

7        Q.   No, I'm getting actually very simple.  To  01:01:17

8    run any business, you generally are going to have   01:01:19

9    a location and a lease or rent or you purchase the  01:01:22

10   location, right?                                    01:01:24

11       A.   But I thought you had assumed no services  01:01:25

12   would be provided.                                  01:01:27

13       Q.   Somewhere you're not listening, or I'm     01:01:30

14   not speaking clearly.                               01:01:32

15           What I said was this hypothetical           01:01:33

16   location is simply going to be in business to make  01:01:34

17   that sale.  That's it.                              01:01:36

18       A.   Okay, so --                                01:01:39

19       Q.   You're wanting to say -- look, I get it,   01:01:40

20   right?  You're wanting to say, oh, but there's all  01:01:42

21   these things an independent franchised dealer       01:01:45

22   does.  That's not what I'm talking about.           01:01:46

23       A.   All right.                                 01:01:48

24       Q.   Can you see the distinction I'm making or  01:01:49

25   am I not --                                         01:01:49

1          Do you mean independent franchised          01:07:36

2    dealerships there, sir?                            01:07:38

3        A.   I don't know.  I know that -- again, this 01:07:52

4    is the ambiguity, in my mind, on Tesla, whether    01:07:55

5    they are contracting with independent dealerships  01:08:01

6    at all or not.                                     01:08:02

7        Q.   I can tell you they're not.               01:08:03

8        A.   They're not?                              01:08:05

9        Q.   I'll ask you to accept that.             01:08:06

10       A.   Okay.                                     01:08:08

11       Q.   So if you accept that, is that a true     01:08:08

12   statement?                                         01:08:10

13       A.   That would not be a true statement        01:08:11

14   because -- well, that would not be a true          01:08:12

15   statement because we have Tesla with a declining   01:08:15

16   market share, and their market share in fourth     01:08:20

17   quarter 2023 was right at 50 percent, but it is    01:08:24

18   falling.  And I did a projection of what it would  01:08:32

19   be first quarter 2024, and it's less than          01:08:35

20   50 percent.  I think it's 46 percent.              01:08:39

21          There is Rivian that has a 4 percent        01:08:45

22   market share, and I understand that they do not    01:08:50

23   sell through independent distributorships.  Lucid  01:08:52

24   does not, but its market share now is -- I'm       01:08:55

25   trying to think.  .25 percent, I think, is Lucid's 01:09:00

1    market share.  It has fallen as well.                  01:09:06

2              So when you add them all up, I think          01:09:08

3    that statement is not correct.                          01:09:10

4        Q.   And that means the next statement is not       01:09:12

5    correct, too, right?  "This evidence questions the      01:09:14

6    basis of the expert's assumption of non-viability       01:09:17

7    of the independent dealership model."  Correct?         01:09:20

8    Because that sentence is based on the one that          01:09:25

9    says, "Most EVs today are sold and serviced             01:09:27

10   through independent dealerships."                       01:09:30

11       A.   That is one factor in that.  There's more      01:09:36

12   to it than that.  We're talking about Professor         01:09:47

13   Morton.                                                 01:09:50

14       Q.   I'm talking about these two sentences is       01:09:51

15   what I'm talking about.                                 01:09:53

16       A.   Well, it is saying "the expert's               01:09:55

17   assumption of non-viability."                           01:09:59

18       Q.   But you say "this evidence."                   01:10:00

19       A.   This evidence.                                 01:10:02

20       Q.   You say, "Most EVs today are sold and          01:10:02

21   serviced through independent dealerships.  This         01:10:05

22   evidence questions the basis of the expert's            01:10:07

23   assumption."                                            01:10:08

24       A.   All right.  If I rewrote that sentence,        01:10:09

25   it would say --                                         01:10:11

1    Q.    I'm not asking you to rewrite it.  I'm                01:10:12

2    just trying to make sure that's how you wrote               01:10:14

3    this.                                                       01:10:15

4    A.    I know, but I'm trying to explain.                    01:10:16

5    Q.    But I just asked about your two                       01:10:18

6    sentences.  Go ahead.  It's going to be                     01:10:20

7    nonresponsive.                                              01:10:23

8    A.    Okay.  A large proportion of the EVs are              01:10:24

9    sold through independent dealerships.  And that is          01:10:26

10   evidence that questions the non-viability of the            01:10:30

11   independent dealership model.  It may not be more           01:10:32

12   than 50 percent, but it's certainly a large                 01:10:35

13   proportion of it.  And the very existence of the            01:10:38

14   Fords, of the GMs that are selling through                  01:10:41

15   independent dealerships questions the assumption            01:10:44

16   that an EV manufacturer cannot sell through                 01:10:47

17   independent dealerships.                                    01:10:54

18   Q.    So those independent dealerships that                 01:10:55

19   you're referencing, that would be like a Ford               01:10:57

20   dealership?                                                 01:10:59

21   A.    A Ford dealership.                                    01:11:00

22   Q.    Or a Chevrolet dealership?                            01:11:01

23   A.    Correct.                                              01:11:03

24   Q.    And those -- a Ford dealership, in                    01:11:04

25   addition to selling EVs, sells an awful lot of              01:11:06

1    combustion engine products, too, correct?                     01:11:09

2        A.    That's correct.                                     01:11:11

3        Q.    And that's part of what keeps those                 01:11:11

4    dealerships viable is they also sell all those                01:11:13

5    combustion engine products, correct?                          01:11:17

6              MR. YOXALL:  Objection, form.  Calls                01:11:18

7    for speculation.                                              01:11:19

8        A.    I don't know the extent to which the                01:11:20

9    dealership -- the Ford dealership selling EV cars             01:11:24

10   would be vulnerable to collapse.  I don't know if            01:11:27

11   there is significant cross-subsidization.  I don't           01:11:32

12   know the answer to that.                                      01:11:37

13       Q.    Not looked at that issue?                           01:11:38

14       A.    I have not looked at the extent to which           01:11:39

15   Ford's EV business model is subsidized through the           01:11:42

16   sale of gasoline-powered vehicles.                            01:11:46

17       Q.    When you say subsidized, what do you               01:11:48

18   mean, subsidized?                                             01:11:51

19       A.    Cross-subsidization, meaning the profits          01:11:52

20   of one is helping the other survive.                          01:11:54

21       Q.    On average, do you know how many EVs a             01:11:56

22   Ford dealership in Texas sells?                               01:11:58

23       A.    Ford?  I don't have that data in front of         01:12:01

24   me.                                                           01:12:03

25       Q.    On average, do you know how many EVs a             01:12:03