**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| LUCID GROUP USA, INC,<br>*Plaintiff*,<br><br>v.<br><br>MONIQUE JOHNSTON, in her official capacity as Director of the Motor Vehicle Division of the Texas Department of Motor Vehicles, DANIEL AVITIA, in his official capacity as Executive Director of Texas Department of Motor Vehicles, and CORRIE THOMPSON, in her official capacity as Director of the Enforcement Division of the Texas Department of Motor Vehicles,<br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | No. 1:22-cv-01116-RP |

---

**STATE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**
**LIST OF APPENDICES**

---

| Ex | Document Name | Page No. |
|---|---|---|
| A | Why the Franchise System Works Best | 1-4 |
| B | Consumer Benefits of the Dealer Franchise System | 5-40 |
| C | The Price Effects of Intra-Brand Competition in the Automobile Industry | 41-69 |
| D | Spatial Competition in Automobile Retailing | 70-82 |
| E | Consumer Benefits of the Independent vs. Factory-Owned New Car Retailer | 83-89 |
| F | Contributions of New-Car Dealerships | 90-127 |
| G | Relevant Portions of Zachary Edson's Deposition Transcript | 128-131 |
| H | Edward Stockton Expert Report | 132-210 |
| I | Donald House Expert Report | 211-254 |

Date: March 22, 2024

KEN PAXTON
Attorney General of the State of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy Attorney General for Legal Strategy

RYAN D. WALTERS
Chief, Special Litigation Division

Office of the Attorney General
P. O. Box 12548, MC-009
Austin, TX 78711-2548
(512) 936-2172

Respectfully submitted,

*<u>/s/ Johnathan Stone</u>*
JOHNATHAN STONE
Special Counsel
Tex. State Bar No. 24071779
Johnathan.Stone@oag.texas.gov

ZACHARY L. RHINES
Assistant Attorney General
General Litigation Division
Tex. State Bar No. 24116957
Zachary.Rhines@oag.texas.gov

KELSEY L. WARREN
Assistant Attorney General
General Litigation Division
Texas Bar No. 24095736
kelsey.warren@oag.texas.gov

**Counsel for Defendants**

## CERTIFICATE OF SERVICE

On March 22, 2024, this document was filed electronically through the Court's CM/ECF system, which automatically serves all counsel of record.

*<u>/s/ Johnathan Stone</u>*
JOHNATHAN STONE
Special Counsel