IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LUCID GROUP USA, INC.,<br>*Plaintiff*,<br><br>v.<br><br>MONIQUE JOHNSTON, in her official capacity as Director of the Motor Vehicle Division of the Texas Department of Motor Vehicles, DANIEL AVITIA, in his official capacity as Executive Director of the Texas Department of Motor Vehicles; and CORRIE THOMPSON, in her official capacity as Director of the Enforcement Division of the Texas Department of Motor Vehicles,<br>*Defendants*,<br><br>TEXAS AUTOMOBILE DEALERS ASSOCIATION,<br>*Intervenor-Defendant*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 1:22-cv-01116-RP |

**INTERVENOR-DEFENDANT TEXAS AUTOMOBILE DEALERS ASSOCIATION'S**
**<u>APPENDIX IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT</u>**

The Texas Automobile Dealers Association (TADA) respectfully submits this appendix supporting its motion for summary judgment.

**<u>INDEX OF EXHIBITS</u>**

A. Declaration of Edward M. Stockton dated March 15, 2024 with attached expert report

B. Declaration of Dr. Donald R. House, Sr. dated March 12. 2024 with attached expert report

C. Excerpts of Phillips March 4, 2024 Deposition

C.31 2016 NADA Letter to FTC

C.32 Spatial Competition

C.33 Ted Stockton Written Comments

C.34 Price Effects of Intra-Brand Competition

C.35 2014 NADA Letter

C.36 2022 Member Messaging

C.37 Messaging Guide

C.38 April Ancira Comments

D. Excerpts of Stockton's February 5, 2024 Deposition

E. Excerpts of House's January 24, 2024 Deposition

F. Excerpts of Edson March 6, 2024 Deposition as Lucid's Rule 30(b)(6) Corporate Representative

F.52 Fisker Stock Article

F.53 Lucid Press Release – Aston Martin

F.59 2022 Lucid 10-K

F.62 February 2022 Lucid 8-K

F.63 2023 Earning Report Fourth Quarter

F.64 March 2023 Lucid 8-K

G. Declaration of Stan Schlueter dated February 13, 2024

H. Excerpts of Morton's January 23, 2024 Deposition

I. Excerpts of Walter's January 26, 2024 Deposition

J. Lucid 2023 Form 10-K ()

K. Lucid 2022 Form 10-K (excerpt)

L. Lucid Group Third Quarter 2023 Earnings Report (excerpt)

M. Thomas G. Marx, The Development of the Franchise Distribution System in the U.S. Automobile Industry, Business History Review Vol. 59, No. 3, p.465, 470-74 (Autumn 1985)

N. Ralph C. Epstein, The Automobile Industry—Its Economic and Commercial Development 133-36. (Chicago: A.W. Shaw Company 1920) (excerpt)

O. James M. Rubenstein, Making and Selling Cars: Innovation and Change in the U.S. Automotive Industry 267 (The John Hopkins Univ. Press, 2001) (excerpt)

P. Eileen Falkenberg Hull, *Lucid Gravity Designed to Minimize Production Problems*, Newsweek (Jan. 6, 2024)

Q. Nathan Gomes and Joseph White, *Rental Giant Hertz Dumps Evs, Including Teslas, for Gas Cars*, Reuters (Jan. 11, 2024)

R. Laurence Iliff, *VinFast Plans U.S. Dealer Network with 125 Sales Points in First Phase*, Automotive News (Nov. 10, 2023)

S. Laurence Iliff, *Fisker Targets 50 Franchised Dealers in U.S., Canada*, Automotive News (Jan. 5, 2024)

T. Laurence Iliff, Fisker, *VinFast Head to NADA Looking for Dealer Partners*, Automotive News (Jan. 31, 2024)

U. *Hybrids, Sedans Have Fewest Problems in Consumer Reports' 2022 Annual Auto Reliability Survey; Electric Vehicles and Full-Size Pickup Trucks Are Least Reliable*, Consumer Reports (Nov. 15, 2022)

V. *Electric Vehicles Are Improving, but Charging and Battery Issues Persist in Consumer Reports' 2023 Annual Auto Reliability Survey*, Consumer Reports (Nov. 29, 2023)

W. *Tesla Reliability and Repair Costs—The True Story*, Top Speed (Sept. 13, 2023)

X. Rebecca Heilweil, *Missing Parts, Long Waits, and a Dead Mouse: The Perils of Getting a Tesla Fixed*, Vox at 3 (Aug. 24, 2022) (attached by Tesla as Ex. F, ECF 135-7, Case No. 3:23-cv-01145-TLT, *Lambrix v. Tesla, Inc.*, (N.D. Cal. Dec. 22, 2023))

Y. Steve Stecklow and Norihiko Shirouzu, *Tesla Created Secret Team to Suppress Thousands of Driving Range Complaints*, Reuters (July 27, 2023)

Z. Goron Anicic, *Saab Still Alive and Well, Near Manhattan*, Saab Planet (Dec. 30, 2014)

AA. SIGTARP, *Factors Affecting the Decision of General Motors and Chysler to Reduce Their Dealership Network* (July 19, 2010)

BB. Christian J. Scali, Halbert Rasmussen, and Monica Baumann, *An American Solution: Automotive Franchise Laws Serve Local Communities and Consumers*, 40 Franchise L. J. 665 (Spring 2021)

CC. James Walker, *Lucid Motors Hit with Class Action Lawsuit*, Torque News (April 21, 2022)

DD. Kevin Williams, *Lucid CEO: $50,000 Model 3, Model Y Competitor Coming Sooner than You Think*, Inside EVs (Jan. 26, 2024)

EE. Maryann Keller, Consumer Benefits of the Dealer Franchise System, National Association of Automobile Dealers (May 27, 2014)

FF. James Cobb & Norman Mayersohn, *Why Do We Keep Buying Vehicles at Dealerships?*, Car & Driver (Oct. 1, 2015)

GG. Jeremy Alicandri, *Cash-Strapped Automakers Need Dealers to Survive the EV Race*, Forbes, (April 26, 2022)

HH. Lucid's January 29, 2024 Response to TADA's Requests for Admission

II. March 22, 2024 Declaration of W. Scott Hastings Authenticating Published Sources, Depositions, and Case Materials

Respectfully submitted,

*/s/ Robert T. Mowrey*

Robert T. Mowrey
Texas Bar No. 14607500
*rmowrey@lockelord.com*
Thomas G. Yoxall
Texas Bar No. 00785304
*tyoxall@lockelord.com*
W. Scott Hastings
Texas Bar No. 24002241
*shastings@lockelord.com*
Daron L. Janis
Texas Bar No. 24060015
*djanis @lockelord.com*
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-6776
Telephone: (214) 740-8000
Facsimile: (214) 740-8800

**ATTORNEYS FOR TEXAS AUTOMOBILE DEALERS ASSOCIATION**

## CERTIFICATE OF SERVICE

I certify that on March 22, 2024, a true and correct copy of this document is being served on all counsel of record by electronic filing.

*/s/ Robert T. Mowrey*
Robert T. Mowrey