**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| LUCID GROUP USA, INC, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | No. 1:22-cv-01116-RP |
| | § | |
| MONIQUE JOHNSTON, in her official capacity as Director of the Motor Vehicle Division of the Texas Department of Motor Vehicles, DANIEL AVITIA, in his official capacity as Executive Director of Texas Department of Motor Vehicles, and CORRIE THOMPSON, in her official capacity as Director of the Enforcement Division of the Texas Department of Motor Vehicles, | § § § § § § § § § § | |
| *Defendants*. | § | |

---

**STATE DEFENDANTS' RESPONSE TO LUCID'S CROSS-MOTION FOR SUMMARY JUDGMENT**
**LIST OF APPENDICES**

---

| Ex | Document Name | Page No. |
|---|---|---|
| J | Bill Analysis, H.B. 3092 (1999) | 255-59 |
| K | Framing the Chicago School of Antitrust Analysis | 260-89 |
| L | Amazon's Antitrust Paradox | 290-360 |
| M | Giving Teeth to the Sherman Act Enforcement in the Intrabrand Context: Weaning Courts off their Interbrand Addition Post-Sylvania | 361-84 |
| | | |
| | | |
| | | |
| | | |
| | | |

Date: April 12, 2024

Respectfully submitted,

KEN PAXTON
Attorney General of the State of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy Attorney General for Legal Strategy

RYAN D. WALTERS
Chief, Special Litigation Division

Office of the Attorney General
P. O. Box 12548, MC-009
Austin, TX 78711-2548
(512) 936-2172

*/s/ Johnathan Stone*
JOHNATHAN STONE
Special Counsel
Tex. State Bar No. 24071779
Johnathan.Stone@oag.texas.gov

ZACHARY L. RHINES
Assistant Attorney General
General Litigation Division
Tex. State Bar No. 24116957
Zachary.Rhines@oag.texas.gov

KELSEY L. WARREN
Assistant Attorney General
General Litigation Division
Texas Bar No. 24095736
kelsey.warren@oag.texas.gov

**Counsel for Defendants**

## CERTIFICATE OF SERVICE

On April 12, 2024, this document was filed electronically through the Court's CM/ECF system, which automatically serves all counsel of record.

*/s/ Johnathan Stone*
JOHNATHAN STONE
Special Counsel