IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LUCID GROUP USA, INC.,<br>*Plaintiff*,<br><br>v.<br><br>MONIQUE JOHNSTON, in her official capacity as Director of the Motor Vehicle Division of the Texas Department of Motor Vehicles, DANIEL AVITIA, in his official capacity as Executive Director of the Texas Department of Motor Vehicles; and CORRIE THOMPSON, in her official capacity as Director of the Enforcement Division of the Texas Department of Motor Vehicles,<br>*Defendants*,<br><br>TEXAS AUTOMOBILE DEALERS ASSOCIATION,<br>*Intervenor-Defendant*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 1:22-cv-01116-RP |

**APPENDIX IN SUPPORT OF INTERVENOR-DEFENDANT TEXAS AUTOMOBILE DEALERS ASSOCIATION'S RESPONSE IN OPPOSITION TO PLAINTIFFS' RENEWED MOTION FOR SUMMARY JUDGMENT**

The Texas Automobile Dealers Association (TADA) respectfully submits this appendix supporting its motion for summary judgment.

**INDEX OF EXHIBITS**

A. Excerpts of Edson March 6, 2024 Deposition as Lucid's Rule 30(b)(6) Corporate Representative.

A.50 Lucid's February 19, 2021 Remarks to Lawmakers in Various States

A.51 April 22, 2021 Report of Herbert E. Walter Submitted to the Virginia Department of Motor Vehicles.

A.59 2022 Lucid 10-K

A.63 2023 Earnings Report Fourth Quarter

A.71 [Filed Under Seal]

B. Excerpts of Morton's January 23, 2024 Deposition

C. Molly Boigon, EV Startup Bankruptcies Complicate Future of Software-Dependent Vehicles, Automotive News (April 6, 2024).

D. Christian J. Scali, Halbert Rasmussen, and Monica Baumann, An American Solution: Automotive Franchise Laws Serve Local Communities and Consumers, 40 FRANCHISE L. J. 665, 675 (Spring 2021).

E. Lucid, *Correction—Lucid Announces Third Quarter 2021 Financial Results and Lucid Wins 2022 MotorTrend Car of the Year*, PR Newswire (Nov. 15, 2021).

F. Lucid, *Lucid Announces Fourth Quarter and Full Year 2021 Financial Results*, PR Newswire (Feb. 28, 2022).

G. Lucid Group, *Lucid Motors Opens First Retail Studio Location in Texas*, PR Newswire (Nov. 18, 2022).

H. Tom Swallow, *Top Ten Pure-Play EV Companies*, EV Magazine (Oct. 4, 2022).

I. Ford Motor Company July 27, 2022 Earnings Call Transcripts

J. February 2023 Lucid 8-K

K. Excerpts from the Deposition of Dr. House

L. November 20, 2020 Letter to Karen Phillips from the Motor Vehicle Division

Respectfully submitted,

*/s/ Robert T. Mowrey*

Robert T. Mowrey
Texas Bar No. 14607500
*rmowrey@lockelord.com*
Thomas G. Yoxall
Texas Bar No. 00785304
*tyoxall@lockelord.com*
W. Scott Hastings
Texas Bar No. 24002241
*shastings@lockelord.com*
Daron L. Janis
Texas Bar No. 24060015
*djanis @lockelord.com*
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-6776
Telephone: (214) 740-8000
Facsimile: (214) 740-8800

**ATTORNEYS FOR TEXAS AUTOMOBILE DEALERS ASSOCIATION**

## CERTIFICATE OF SERVICE

I certify that on April 12, 2024, a true and correct copy of this document is being served on all counsel of record via the Court's electronic filing system.

*/s/ Robert T. Mowrey*
Robert T. Mowrey