IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LUCID GROUP USA, INC.,<br>*Plaintiff*,<br><br>v.<br><br>MONIQUE JOHNSTON, in her official capacity as Director of the Motor Vehicle Division of the Texas Department of Motor Vehicles, DANIEL AVITIA, in his official capacity as Executive Director of the Texas Department of Motor Vehicles; and CORRIE THOMPSON, in her official capacity as Director of the Enforcement Division of the Texas Department of Motor Vehicles,<br>*Defendants*,<br><br>TEXAS AUTOMOBILE DEALERS ASSOCIATION,<br>*Intervenor-Defendant*. | § § § § § § § § § § § § § § § § § § § § | Case No. 1:22-cv-01116-RP |

**SUPPLEMENTAL APPENDIX IN SUPPORT OF INTERVENOR-DEFENDANT TEXAS AUTOMOBILE DEALERS ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT**

The Texas Automobile Dealers Association (TADA) respectfully submits this supplemental appendix supporting its motion for summary judgment.

**INDEX OF EXHIBITS**

A. Laurence Iliff, *VinFast Adds 12 U.S. Dealerships, Including 5 in Florida and 4 in Texas*, Automotive News (April 23, 2024).

B. October 13, 2011 Letter from William P. Harbeson, Director of Enforcement for the Texas Department of Motor Vehicles to Billy M. Donley of Baker & Hostetler.

Respectfully submitted,

*/s/ Robert T. Mowrey*

Robert T. Mowrey
Texas Bar No. 14607500
*rmowrey@lockelord.com*
Thomas G. Yoxall
Texas Bar No. 00785304
*tyoxall@lockelord.com*
W. Scott Hastings
Texas Bar No. 24002241
*shastings@lockelord.com*
Daron L. Janis
Texas Bar No. 24060015
*djanis @lockelord.com*
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-6776
Telephone: (214) 740-8000
Facsimile: (214) 740-8800

**ATTORNEYS FOR TEXAS AUTOMOBILE DEALERS ASSOCIATION**

## CERTIFICATE OF SERVICE

I certify that on April 26, 2024, a true and correct copy of this document is being served on all counsel of record via the Court's electronic filing system.

*/s/ Robert T. Mowrey*
Robert T. Mowrey