IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LUCID GROUP USA, INC.,<br>*Plaintiff*,<br><br>v.<br><br>MONIQUE JOHNSTON, in her official capacity as Director of the Motor Vehicle Division of the Texas Department of Motor Vehicles, DANIEL AVITIA, in his official capacity as Executive Director of the Texas Department of Motor Vehicles; and CORRIE THOMPSON, in her official capacity as Director of the Enforcement Division of the Texas Department of Motor Vehicles,<br>*Defendants*,<br><br>TEXAS AUTOMOBILE DEALERS ASSOCIATION,<br>*Intervenor-Defendant*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 1:22-cv-01116-RP |

**APPENDIX IN SUPPORT OF INTERVENOR-DEFENDANT TEXAS AUTOMOBILE DEALERS ASSOCIATION'S RESPONSE BRIEF DEFENDING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The Texas Automobile Dealers Association (TADA) respectfully submits this appendix supporting its Response Brief Defending the Magistrate Judge's Report and Recommendation.

**INDEX OF EXHIBITS**

A. Highlighted copy of *Tesla, Inc. v. Louisiana Automobile Dealers Ass'n*, --- F.4th ----, 2024 WL 3934796 (5th Cir. Aug. 26, 2024).

Respectfully submitted,

*/s/ Robert T. Mowrey*

Robert T. Mowrey
Texas Bar No. 14607500
*rmowrey@lockelord.com*
Thomas G. Yoxall
Texas Bar No. 00785304
*tyoxall@lockelord.com*
W. Scott Hastings
Texas Bar No. 24002241
*shastings@lockelord.com*
Daron L. Janis
Texas Bar No. 24060015
*djanis @lockelord.com*
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-6776
Telephone: (214) 740-8000
Facsimile: (214) 740-8800

**ATTORNEYS FOR TEXAS AUTOMOBILE DEALERS ASSOCIATION**

## CERTIFICATE OF SERVICE

I certify that on September 3, 2024, a true and correct copy of this document is being served on all counsel of record via the Court's electronic filing system.

*/s/ Robert T. Mowrey*
Robert T. Mowrey